UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff/Movant, | ) | Criminal Action No. 5: 14-030-DCR |
| V. | ) | |
| TAMARA WOMBLES, | ) | **MEMORANDUM ORDER** |
| Defendant/Respondent. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Defendant Tamara Wombles pleaded guilty on May 28, 2014, to one count of conspiring to distribute heroin in violation of 21 U.S.C. §§ 841(a)(1), 846, and 851. On May 8, 2015, she was sentenced Wombles to 168 months of imprisonment, to be followed by ten years of supervised release. Wombles is currently subject to home confinement at her residence in Cincinnati, Ohio. [Record No. 299] Recently, the United States filed a motion to reduce Wombles' term of imprisonment to time served.[1]

Upon a motion by the Director of the U.S. Bureau of Prisons ("BOP"), a court may modify a term of imprisonment upon finding that "extraordinary and compelling reasons" exist to warrant a reduction. 18 U.S.C. § 3582(c)(1)(A)(i). Here, the government argues that Wombles' circumstances constitute extraordinary and compelling reasons warranting the requested reduction. It claims that, "while in custody serving the term of imprisonment sought to be reduced," Wombles "was a victim of[] sexual abuse" committed by "an employee . . . of

---

[1] The United States filed this motion on behalf of the Director of the U.S. Bureau of Prisons pursuant to 28 C.F.R. § 571.62(a)(3).

-1-

[the BOP]," and that the misconduct was "established by a conviction in a criminal case." [Record No. 299]

Even if extraordinary and compelling circumstances counsel in favor of compassionate release, courts should look to the factors outlined in section 3553(a) before granting it. *United States v. Greene*, 847 F. App'x 334 (6th Cir. 2021). These factors "include, among others, 'the nature and circumstances of the offense'; the defendant's 'history and characteristics'; the need for the sentence 'to promote respect for the law,' to 'provide just punishment for the offense,' to 'afford adequate deterrence,' and to 'protect the public'; and the kinds of sentences available." *Id*. at 36 (quoting 18 U.S.C. § 3553(a)(1)-(3)). In Wombles' case, the factors favor relief. Therefore, being sufficiently advised, it is hereby

**ORDERED** as follows:

1. The United States' motion to reduce term imprisonment to time served [Record No. 299] is **GRANTED**.

2. The United States Probation Office is **DIRECTED** to submit an amended judgment reflecting that the defendant's term of imprisonment is reduced to **TIME SERVED**.

3. The defendant shall be released from the custody of the BOP as soon as a release plan is agreed upon and travel arrangements are made. Upon release from the custody of the BOP, the defendant shall begin serving the term of supervised release previously imposed.

Dated: September 18, 2023.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky